UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMOR M. FTOUHI,

        Defendant.

Case:4:17-cr-20456
Judge: Parker, Linda V.
MJ: Davis, Stephanie Dawkins
Filed: 07-05-2017 At 11:06 AM
INDI USA v FTOUHI (sk)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### VIOLENCE AT AN INTERNATIONAL AIRPORT
### (18 U.S.C. § 37(a)(1))

On or about June 21, 2017, in the Eastern District of Michigan, AMOR M. FTOUHI, unlawfully and intentionally used a weapon, specifically a knife, to perform an act of violence against J.N., a person at Bishop International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at that airport and that caused and was likely to cause serious bodily injury, all in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT TWO
## INTERFERENCE WITH AIRPORT SECURITY
## (49 U.S.C. § 46503)

On or about June 21, 2017, in the Eastern District of Michigan, AMOR M. FTOUHI, in an area within Bishop International Airport, a commercial service airport in the United States, while using a dangerous weapon, specifically a knife, knowingly assaulted J.N., an airport employee who had security duties within the airport, and such assault lessened the ability of the employee to perform those duties, all in violation of Title 49, United States Code, Section 46503.

**THIS IS A TRUE BILL.**

Dated: July 5, 2017

s/GRAND JURY FOREPERSON

DANIEL L. LEMISCH
Acting United States Attorney

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney

s/CATHLEEN M. CORKEN
CATHLEEN M. CORKEN
Assistant United States Attorney

s/CRAIG F. WININGER
CRAIG F. WININGER
Assistant United States Attorney
Chief, Branch Offices

| | |
|---|---|
| **Companion Case information MUST be completed by** | Case: 4:17-cr-20456<br>Judge: Parker, Linda V.<br>MJ: Davis, Stephanie Dawkins<br>Filed: 07-05-2017 At 11:06 AM<br>INDI USA v FTOUHI (sk) |
| United States District Court<br>Eastern District of Michigan | **Criminal Case (** |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes        ☑ No | AUSA's Initials: JMD, CFW, CMC |

Case Title: USA v. AMOR M. FTOUHI

County where offense occurred: GENESEE

Check One:    ☑ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [Case number: 17-mj-30312]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 5, 2017
_____
Date

s/JULES M. DePORRE
_____
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013