## INDEX OF EXHIBITS TO MOTION TO COMPEL

A    Proposed Protective Order

B    Stipulated Protective Order in *United States v Abdulmutallab*