UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMOR M. FTOUHI,

Defendant.

Case No. 4:17-cr-20456

Hon. Linda V. Parker
U.S. District Judge

Hon. Stephanie Dawkins Davis
U.S. Magistrate Judge

## STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure Rule 16(d)(l), the parties to the above criminal action do hereby stipulate and agree as follows:

1.      In order to facilitate discovery and the production of other materials, the government will provide reports of interviews and other reports, witness statements and other discovery materials.

2.      The discovery materials furnished by the government will be used by defense counsel only as necessary for the purpose of conducting pre-trial, trial, and appellate proceedings in this case and for no other purpose.

1



DEFENDANT'S
EXHIBIT

A

Blumberg No. 5114

3. With respect to witness statements, the government shall redact all identifying information regarding each witness except for that person's name. These redacted witness statements can be disclosed to the defendant.

4. Defense counsel will not disclose any of the other materials provided by the government to anyone but the defendant, other attorneys, paralegals, or investigators working with them, and/or non-expert defense witnesses. Such individuals must agree in writing to be bound by the terms of this Stipulated Protective Order before receiving government discovery material.

5. Defense counsel may disclose government discovery material to experts consulted by defense counsel to furnish technical or expert services or to testify in the proceedings in this case. Such experts must agree in writing to be bound by the terms of this Stipulated Protective Order before receiving government discovery material.

6. With respect to copies of government discovery material provided to experts, all copies of that material shall be returned to defense counsel within 72 hours following the earlier of (i) the termination of these proceedings, or (ii) when the expert no longer needs such copies in order to assist the defense in this case.

7. Defense counsel will insure that the materials disclosed to any of the previously described persons will not be further disclosed. Any unauthorized

2

disclosure will be brought to the attention of the court and shall be subject to a contempt hearing.

8.      Upon final disposition of this case, or the termination of representation by counsel of the defendant, whichever is earlier, counsel for the defense shall promptly return all of the government discovery materials to the government.

SO STIPULATED:

FOR DEFENDANT AMOR M. FTOUHI:

Date:_____

Joan E. Morgan
Attorney for Amor M. Ftouhi

Date:_____

Amor M. Ftouhi
Defendant

FOR THE UNITED STATES:

Date: 7/10/17

Cathleen Corken
Assistant U.S. Attorney

Date: 7/10/17

Jules DePorre
Assistant U.S. Attorney

3

Date: 7 | 10 | 17

Craig Wininger
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: _____

HON. LINDA V. PARKER
United States District Judge

4