UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                  Criminal Case No. 17-20456
v.                                         Honorable Linda V. Parker

AMOR FTOUHI,

        Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF WITNESSES' CONTACT INFORMATION

On September 6, 2017, the Court held a Motion Hearing on Defendant's Motion to Compel Disclosure of Witnesses' Contact Information. Upon being fully briefed on the motion and hearing the parties' oral arguments, in the interest of public safety and for the reasons stated at the September 6, 2017 Motion Hearing, the Court is denying Defendant's motion to compel.

Accordingly,

**IT IS ORDERED** that Defendant's motion to compel (ECF No. 16) is **DENIED**.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: September 6, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 6, 2017, by electronic and/or U.S. First Class mail.

                                              s/ R. Loury
                                              Case Manager