**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMOR FTOUHI,

        Defendant.

_____/

CR. NO. 17-20456
HON. LINDA V. PARKER

**SUPPLEMENTAL BRIEF IN SUPPORT OF AMOR FTOUHI'S
MOTION TO DISMISS ONE COUNT OF THE INDICTMENT**

Amor Ftouhi, by and through is attorneys Joan Morgan and Colleen Fitzharris, supplements his motion to dismiss one count of the indictment to address the impact of the First Superseding Indictment.

The government originally charged Mr. Ftouhi with one count of violence at an international airport in violation of 18 U.S.C. § 37(a)(1), and one count of interference with airport security in violation of 49 U.S.C. § 46503. (R. 11, Indictment, PgID #16–17.) Mr. Ftouhi filed a motion to dismiss one count of the indictment because those two counts are multiplicitous and violate Double Jeopardy. (R. 28, Mot. to Dismiss, PgID #112–25.) The government responded, (R. 30, Gov't Resp. to Mot. to Dismiss), but then filed the First Superseding Indictment, which adds Count 3, committing an act of terrorism transcending national boundaries. (R. 32, 1st Superseding Indictment,

PgID #149.) The government did not make any changes to Counts One or Two of the indictment. (*Compare* PgID #16–17, *with* PgID #148–49.)

The issuance of the First Superseding Indictment does not render moot Mr. Ftouhi's motion to dismiss. Superseding indictments do not moot double jeopardy challenges to original indictments if the new indictment does "not materially alter the nature [and] scope" of the crime charged. *United States v. Goff*, 187 F. App'x 486, 491 (6th Cir. 2006); *United States v. Scott*, No. 10-20235, 2015 WL 1885253, at *1 (E.D. Mich. Apr. 24, 2015) (Hood, C.J.). Counts One and Two of the superseding indictment violate Mr. Ftouhi's right to be free from Double Jeopardy in the same way as the first indictment did. His motion is not moot, but rather is ripe for review.

## CONCLUSION

The two counts charged in the indictment are multiplicitous. This Court should therefore dismiss either Count One or Two of the indictment.

Respectfully Submitted,

**FEDERAL DEFENDER OFFICE**

s/Joan E. Morgan
s/Colleen P. Fitzharris
Federal Defender Office
Attorneys for Defendant
111 East Court Street, Suite L-100
Flint, Michigan 48502
(810) 232-3600
joan_morgan@fd.org
(P34482)

Dated: May 8, 2018

2

3

## CERTIFICATE OF SERVICE

On May 8, 2018, I filed the foregoing document using the ECF system, which will send notification of the filing to counsel of record.

s/Joan E. Morgan