UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Cr. No. 17-20456-001

v.                                     Hon. Linda V. Parker

AMOR M. FTOUHI,

        Defendant.
_____/

## NOTICE OF DEFENDANT'S MENTAL CONDITION

Defendant, AMOR M. FTOUHI, by his attorney, Joan E. Morgan of the Federal Defender Office, places the Government on notice of the intent to introduce expert testimony and evidence at trial relating to the mental condition of the Defendant on the issue of guilt, pursuant to Fed. R. Crim. P. 12.2(b)(1).

                                                            Respectfully,

                                                            s/ Joan E. Morgan
                                                           Attorney for Defendant
                                                          Federal Defender Office
                                                          111 East Court St., Ste. L-100
                                                          Flint, Michigan 48502
                                                          (810) 232-3600
                                                          joan_morgan@fd.org

Dated: September 18, 2018

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2018, I filed the foregoing document using the ECF system, which will send notification of the filing to opposing counsel of record.

s/ Joan Ellerbusch Morgan