**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                        Cr. No. 17-20456-001

    v.                                   Hon. Linda V. Parker

AMOR M. FTOUHI,

        Defendant.

_____/

## WITHDRAWAL OF NOTICE OF DEFENDANT'S MENTAL CONDITION ON THE ISSUE OF GUILT

    Defendant, AMOR M. FTOUHI, by his attorney, Joan E. Morgan of the Federal Defender Office, withdraws the previously filed notice of intent to introduce expert testimony and evidence at trial relating to the mental condition of the Defendant on the issue of guilt, pursuant to Fed. R. Crim. P. 12.2(b)(1).

                                                              Respectfully,

                                                              s/ Joan E. Morgan
                                                              Attorney for Defendant
                                                              Federal Defender Office
                                                              111 East Court St., Ste. L-100
                                                              Flint, Michigan 48502
                                                              (810) 232-3600
                                                              joan_morgan@fd.org

## **CERTIFICATE OF SERVICE**

I certify that on October 1, 2018, I filed the foregoing document using the ECF system, which will send notification of the filing to opposing counsel of record.

s/ Joan E. Morgan