## **Exhibit List**

Exhibit A- Questions included in the parties joint proposed juror questionnaire to which the government does not object

Exhibit B- Questions included in the defendant's proposed juror questionnaire to which the government objects