**<u>Exhibit A</u>**

The following are questions regarding possible religious or ethnic bias of prospective jurors, to which the <u>government does not object</u>. The question numbers correspond to the joint questionnaire submitted by the government. In addition to questions below, the government has not objected to numerous other questions on whether prospective jurors are generally impartial.

14.   Do you, your spouse, or any of your immediate family members belong to any organization that deals with, or attempts to influence, United States foreign policy in the Middle East?

Yes \_\_\_\_\_          No \_\_\_\_\_

If yes, please explain: _____
_____
_____

59.   Is there any racial or ethnic group that you do not feel comfortable being around?

Yes \_\_\_\_\_    No \_\_\_\_\_    Not Sure \_\_\_\_\_

If yes, please explain: _____

60.   Do you believe that

a. Racial minorities are treated differently by police and law enforcement?

Yes \_\_\_\_\_          No \_\_\_\_\_    If yes, please explain:_____

_____

1

b. Religious minorities are treated differently by police and law enforcement?

Yes _____        No _____    If yes, please explain:_____

_____

c. Ethnic minorities are treated differently by police and law enforcement?

Yes _____        No _____    If yes, please explain:_____

_____

61.  Do you know of any reason that would keep you from serving fairly and impartially as a juror in a case in which the defendant's race or ethnicity is different than yours?

Yes _____        No _____

If yes, please explain: _____

_____

_____

_____

66.  The Defendant, Amor Ftouhi, is not a U.S. citizen; however, under the Constitution he is entitled to the same rights and considerations as a defendant who is a citizen of the United States. Would you be able to afford him the same rights and considerations as you would a defendant who is a citizen of the United States?

Yes _____  No _____   Not Sure _____

If no or not sure, please explain: _____

_____

_____

_____

2

71.   How knowledgeable are you about the history and/or practices of lslam?

_____Very knowledgeable

_____ Somewhat knowledgeable

_____ Not too knowledgeable

_____ Not knowledgeable at all

72.   Do you have any negative feelings or opinions about Muslims or people who are of Arab or North African descent?

Yes _____          No _____

If yes, please explain:  _____
_____
_____
_____
_____
_____

73.   Is there anything about a case where a defendant or witnesses are Muslim or of Arab or African descent that would make it hard for you to serve as a fair and impartial juror?

Yes _____          No _____

If yes, please explain:  _____
_____
_____
_____
_____
_____