## **Exhibit B**

The following are questions regarding prospective jurors' gender, ethnic background and religious beliefs, to which the government objects. The question numbers correspond to the defendant's questionnaire submitted directly to chambers by the defendant.

3.     Gender: _____

10.    What is your spouse or domestic partner's city, state, and country of birth:
_____

15.    What is your ethnic background?

_____ White/Caucasian, not Hispanic
_____ Black/African-American, not Hispanic
_____ Hispanic/Latino
_____ Asian or South Asian
_____ American Indian or Native American
_____ Other (please specify): _____

16.    What is your city, state, and country of birth:_____
_____

If you were not born in the United States, when did you become a citizen?_____

17.    In what country were your parents born?

Mother _____

Father _____

18.    Are you, your spouse (domestic partner), or a former spouse (domestic partner), parents, in-laws, or grandparents naturalized U.S. Citizen (a person who was born outside the U.S. and later became a U.S. citizen)?

Yes _____          No _____

If yes, please indicate the status of the person, *i.e.,* "spouse," and tell us when the person became a citizen. _____

_____

_____

22.  Do you speak, read or understand Arabic (or any dialect of Arabic) or did you grow up in a household where that language or any of its dialects were spoken?

Yes _____          No _____

(a)  Do you read any Arabic language newspapers or publications?

Yes _____          No _____

If yes, please list these Arabic newspapers or publications: _____

(b)  Do you watch any Arabic language television programs, including newscasts?

Yes _____          No _____

If yes, please list these Arabic programs/newscasts:

_____
_____
_____
_____

(c)  If you speak, read or understand the Arabic language (or any of its dialects), would you have any difficulty relying solely upon the official interpreter's translation of testimony, and witnesses' translations of the evidence?

2

Yes _____          No _____

If   yes,   please   explain: _____
_____
_____

40.   What is your religious affiliation, if any?

41.   Are you a member of a church, mosque, synagogue, temple, or other religious institution?

Yes _____   No _____

42.   Do you have any opinion of the Islamic faith?[1]

Yes _____   No _____   If yes, what is your opinion?_____
_____

---

[1] Defendant's proposed question number 42 is too broad and is likely to elicit answers regarding prospective jurors' religious opinions, as opposed to bias against Muslims. The government does not object other questions asking jurors whether they have bias against members of the Islamic faith. For example, the government does not object to question 72 in the joint questionnaire which asks "Do you have any negative feelings or opinions about Muslims or people who are of Arab or North African descent?"