**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,                              Case No. 17-CR-20456

           Plaintiff,                              Hon. Linda V. Parker

-vs-

AMOR M. FTOUHI,

           Defendant.

_____/

**DEFENDANT'S MOTION TO SEAL 1) THIS MOTION TO SEAL,**
**2) ORDER TO SEAL ENTERED BY THE COURT,**
**AND 3) DEFENDANT'S MOTION IN LIMINE**

Defendant, Amor Ftouhi, through his counsel, Joan Morgan of the Federal Defender Office, requests that this Motion to Seal, any Order to Seal entered by the Court, and Defendant's Motion in Limine  be filed under seal, based on the fact that it includes information subject to the Protective Order in this case.

           Respectfully submitted,

           s/Joan Morgan
           Federal Defender Office
           Attorney for Defendant
           111 E. Court St., Suite L-100
           Flint, Michigan 48502
           (810) 232-3600
           joan_morgan@fd.org

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,                Case No. 17-CR-20456

        Plaintiff,                Hon. Linda V. Parker

-vs-

AMOR M. FTOUHI,

        Defendant.

_____/

### ORDER TO SEAL 1) DEFENDANT'S MOTION TO SEAL, 2) ORDER TO SEAL ENTERED BY THE COURT, AND 3) DEFENDANT'S MOTION IN LIMINE

The Defendant having moved to seal his Motion to Seal, any Order to Seal entered by the Court, and Defendant's Motion in Limine;

**IT IS ORDERED** that Defendant's Motion is **GRANTED** and that the Motion to Seal, Order to Seal, and Defendant's Motion in Limine shall be filed under seal.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 11, 2018