# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 17-cr-20456

     Plaintiff,                                  Hon. Linda V. Parker

v.

AMOR M. FTOUHI,

     Defendant.

_____/

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION IN LIMINE TO STRIKE THE GOVERNMENT'S EXPERT

NOW COMES Defendant, AMOR M. FTOUHI, by and through counsel, Joan E. Morgan of the Federal Community Defender, who hereby gives notice of his withdrawal of his motion in limine to strike the Government's expert, filed under seal on October 11, 2018.

Respectfully submitted,

s/ Joan E. Morgan
Attorney for Defendant
Federal Community Defender – Flint
Eastern District of Michigan
111 East Court St., Ste. L-100
Flint, Michigan 48502
(810) 232-3600
joan_morgan@fd.org

Dated:  October 12, 2018

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,                    Case No. 17-cr-20456

      Plaintiff,                                         Hon. Linda V. Parker

v.

AMOR M. FTOUHI,

      Defendant.
_____/

**ORDER ALLOWING WITHDRAWAL OF DEFENDANT'S**
**MOTION IN LIMINE TO STRIKE THE GOVERNMENT'S EXPERT**

The Defendant having given notice that he withdraws his motion in limine to strike the Government's expert filed under seal on October 11, 2018;

**IT IS ORDERED** that Defendant's motion in limine to strike the government's expert, Dr. Levitt, filed under seal on October 11, 2018 is hereby withdrawn.

                                       s/ Linda V. Parker
                                       LINDA V. PARKER
                                       U.S. DISTRICT JUDGE

Dated: October 12, 2018