## US vs. AMOR M. FTOUHI /USDC CASE NO. 17-20456

## INDEX OF EXHIBITS TO
## DEFENDANT'S MOTION IN LIMINE

| Exhibit | Description |
|---|---|
| A | Government's Proposed Exhibit 30 (Photo of Firearm from Gibraltar Gun Show) |
| B | Picture of Similar Weapons For Comparison |
| | 1.  AK-47 |
| | 2.  AR-15 |
| C | Government's Proposed Exhibits 36 and 37 |
| | 1.  Government's Proposed Exhibit 36(a) (Copy of Yellow Letter From Mr. Ftouhi to His Wife) |
| | 2.  Government's Proposed Exhibit 36(b) (The FBI's Translation of Yellow Letter) |
| | 3.  Government's Proposed Exhibit 37(a) (Copy of White Letter From Mr. Ftouhi to His Wife) |
| | 4.  Government's Proposed Exhibit 37(b) (The FBI's Translation of White Letter) |
| D | Government's Proposed Exhibit 38 (Photos of Victim's Neck) |
| E | Government's Proposed Exhibit 16(b) (Translation of Mr. Ftouhi's Last Will And Testament) |