

DEFENDANT'S
EXHIBIT

A

Blumberg No. 5114