

Blumberg No. 5114

DEFENDANT'S
EXHIBIT
B (1)