

DEFENDANT'S
EXHIBIT
B (2)

Blumberg No. 5114