

DEFENDANT'S
EXHIBIT
D





