UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,
                                        Case No. 17-cr-20456
                                        Hon. Matthew F. Leitman

v.

AMOR M. FTOUHI,

      Defendant.
_____/

## ORDER REQUIRING DEFENDANT'S APPEARANCE

On October 18, 2018, the Court scheduled a final pretrial conference in this action for October 25, 2018, at 2:30 p.m. (*See* Notice, ECF #67.) Defendant Amor Ftouhi is ordered to personally appear at that conference. (*See id.*) Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Ftouhi's appearance in Court for the scheduled final pretrial conference.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: October 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 24, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764