UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20456 |
| Plaintiff, | Hon. Matthew F. Leitman<br>U.S. District Judge |
| v. | |
| AMOR M. FTOUHI, | Hon. Stephanie Dawkins Davis<br>U.S. Magistrate Judge |
| Defendant. | |

**ORDER PERMITTING CERTAIN WEAPONS IN THE COURTHOUSE FOR USE AS TRIAL EXHIBITS**

This matter coming before the Court on the government's motion for an order permitting weapons as trial exhibits, for the reasons stated in the motion, it is hereby ordered that beginning November 6, 2018, all Deputy U.S. Marshals and Court Security Officers shall permit FBI Special Agent Shaun Miller, case agent in the above captioned case, or an officer acting as Agent Miller's designee to bring into the United States Courthouse, 600 Church Street, Flint, Michigan, a hunting knife and a machete. Agent Miller or his designee shall be responsible for maintaining custody of the knife and machete during trial, and this order shall expire at the end of trial.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2018, by electronic means and/or ordinary mail.

                                                     s/Holly A. Monda
                                                     Case Manager
                                                     (810) 341-9764