UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMOR M. FTOUHI,

        Defendant.

Case No. l7-cr-20456

Honorable Matthew F. Leitman
United States District Judge

Honorable Stephanie Dawkins Davis
United States Magistrate Judge

_____

**Index of Exhibits**

_____

| Gov. Ex. No. | Description |
|---|---|
| 1 | RBC Statement in French |
| 2 | English Translation of RBC Statement |
| 3 | Photo of AR |
| 4 | Audio File of Leigh Golden |
| 5 | English Translation of Letter on White Paper |
| 6 | English Translation of Yellow Letter |
| 7 | Photos of Jeff Neville's Neck |
| 8 | Will |
| 9 | English Translation of Will |