

**BANQUE ROYALE DU CANADA**
4286 RUE JEAN-TALON E
SAINT-LEONARD, QC
H1S 1J7

# Historique de compte
# de dépôt personnel

AMOR FTOUHI
6
3656 RUE BéLAIR
MONTREAL, QC
H2A2B5

**No d`unité :**  04541          **No de compte :**  5107545          **Période d'activité:**  du 01 jan 2017 au 30 jun 2017

7467751132017072711350 1

## Activité détaillée de votre compte

| Date | Description | Retraits($) | Dépôts($) | Solde($) |
|------|-------------|-------------|-----------|----------|
| 12 jun 2017 | RETRAIT LSR MB47-6020 | 160.00 | | 326.56 |
| 12 jun 2017 | NO DESC | 1000.00 | | -673.44 |
| 12 jun 2017 | PROMUTUEL | 81.74 | | -755.18 |
| 15 jun 2017 | UM | | 1106.89 | 351.71 |
| 15 jun 2017 | RETRAIT LSR MH58-3997 | 1000.00 | | -648.29 |
| 16 jun 2017 | DÉPÔT LSR MH58-4365 | | 1000.00 | 351.71 |
| 16 jun 2017 | RETRAIT LSR MC36-9397 | 400.00 | | -48.29 |
| 16 jun 2017 | RETRAIT LSR MH58-4368 | 140.00 | | -188.29 |
| 19 jun 2017 | RETRAIT LSR PLUS-4283 | 276.90 | | -465.19 |
| 19 jun 2017 | FRAIS INTERAC/PLUS A -4243 | 3.00 | | -468.19 |
| 19 jun 2017 | FRAIS INTERAC/PLUS A -4283 | 3.00 | | -471.19 |
| 19 jun 2017 | RETRAIT LSR PLUS-4243 | 276.90 | | -748.09 |
| 19 jun 2017 | FRAIS DE PROTECTION CONTRE LES DÉCOUVERTS | 4.00 | | -752.09 |
| 19 jun 2017 | INTÉRÊTS SUR DÉCOUVERT | 10.80 | | -762.89 |
| 21 jun 2017 | REDRESSEMENT LSR | 1000.00 | | -1762.89 |
| 22 jun 2017 | UM | | 301.23 | -1461.66 |
| 23 jun 2017 | TRAVAIL GLOBAL | | 85.16 | -1376.50 |



PAC 2017-197
ITEM 23
10  7/7