

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

FBI Detroit
477 Michigan Avenue
Detroit, MI 48226

File Number: ███████████

Requesting Official(s) and Office(s): SA Todd C. Reineck (DE)

Task Number(s) and Date Completed: 893154, WR 888843, 10/9/2018

Name and Office of Linguist(s): LA Bruce A. Miller (DE)

Name and Office of Reviewer(s): CL Dominique Azéma (HO)

Source Language(s): French

Target Language: English

Source File Information
   Name of Document File: Bank Record.pdf

VERBATIM TRANSLATION

Abbreviations:

QC Quebec
RBC Royal Bank of Canada

███████████████

**<u>Translator's Notes:</u>**

- Promutuel is a Quebec-based insurance group that provides coverage for car, home, and business.

- According to the Royal Bank of Canada website, the abbreviation "LSR" (Libre Service Royal) is a reference to the network of Royal Bank ATM machines available throughout Canada.

- Also according to the Royal Bank website, "Interac" is the network of ATMs shared by various financial institutions across Canada. "Plus" is the ATM service that a Royal Bank card holder can access outside of Canada. For use of ATMs in the US, a fee of $3 is assessed for this service.

- The abbreviation "UM" is probably a reference to Urgence Marine, a company providing a variety of maritime-related services at the Port of Montreal. Ftouhi was employed by this company during the timeframe represented on the present bank statement.

- Travail Global is a Montreal-based job placement agency.

███████████████



**Royal Bank of Canada**
4286 rue Jean-Talon E.
Saint-Léonard, QC
H1S 1J7

**Record of personal
Deposit account**

Amor Ftouhi
6
3656 rue Bélair
Montreal, QC
H2A 2B5

| **Unit nº:** 04541 | **Account nº:** 5107545 | **Activity period:** from 01 Jan 2017 to 30 June 2017 | | |
|---|---|---|---|---|
| **Detailed activity of your account** | | | 746775113201707271135O1 | |
| **Date** | **Description** | **Withdrawals($)** | **Deposits($)** | **Balance($)** |
| 12 June 2017 | Withdrawal RBC ATM MB47-6020 | 160.00 | | 326.56 |
| 12 June 2017 | NO DESC | 1000.00 | | -673.44 |
| 12 June 2017 | Promutuel | 81.74 | | -755.18 |
| 15 June 2017 | UM | | 1106.89 | 351.71 |
| 15 June 2017 | Withdrawal RBC ATM MH58-3997 | 1000.00 | | -648.29 |
| 16 June 2017 | Deposit RBC ATM MH58-4365 | | 1000.00 | 351.71 |
| 16 June 2017 | Withdrawal RBC ATM MC36-9397 | 400.00 | | -48.29 |
| 16 June 2017 | Withdrawal RBC ATM MC58-4368 | 140.00 | | -188.29 |
| 19 June 2017 | Withdrawal RBC ATM Plus-4283 | 276.90 | | -465.19 |
| 19 June 2017 | Interac/Plus ATM fee A-4243 | 3.00 | | -468.19 |
| 19 June 2017 | Interac/Plus ATM fee A-4283 | 3.00 | | -471.19 |
| 19 June 2017 | Withdrawal RBC ATM Plus-4243 | 276.90 | | -748.09 |
| 19 June 2017 | Overdraft protection fee | 4.00 | | -752.09 |
| 19 June 2017 | Overdraft interest | 10.80 | | -762.89 |
| 21 June 2017 | Correction RBC ATM | 1000.00 | | -1762.89 |
| 22 June 2017 | UM | | 301.23 | -1461.66 |
| 23 June 2017 | Travail Global | | 85.16 | -1376.50 |



**Page: 7 of 7**