# Exhibit 4

**Leigh Golden Audio provided in the traditional manner.**