وإتباع عمر الطيب الفتوى إلى أهله
والرعاية المسلمين

بسم الله الرحمان الرحيم والصلاة والسلام على أشرف الخلق والمرسلين
وسيد المجاهدين محمد صلى الله عليه وسلم وعلى أهله وصحبه
الاخيار إلى يوم الدين
أما بعد فهذه وهبة العبد الفقير إلى الله عمر الفتوى أكتبها لكم
إقتداءا بحبيبي ورسولي محمد صلى الله عليه وسلم را جيا من الله أن تفعلوا
ما جاء فيها وما أوصيكم بها .
ولتعلم كل أهلى وأخوانى أنى ما خرجت إلا لله ولنصرة دينه
وشرعه را جيا من الله جنة الخلد والفردوس الأعلى . وهذا النى
خلق المسلم من أجله وهو اعلاء كلمة التوحيد واعمار الأرض
والله أمرسا لمعروف والنهى عن المنكر.
أوصيكم بتقوى الله والعمل بما أمر به وإجتناب ما نهى عنه
وإقامة الصلاة وإيتاء الزكاة وهو صوم رمضان ، كما أوصيكم بالصدق
فى القول والعمل فإن الله يحب الصادقين .
زوجتى الحبيبة نجوى: لقد كنت لى نعمة الزوجة لأكرم من
هو سنة والله يشهد أنى أحبكى ولكن أحساسى ان أظهر ذلك وأنى
لم أخنكى أبدا مع أى إمرأة وكانت نيتى صادقة فى أن نتعاش
وأن نحج سويا إلى أن يتوفانا ملك الموت . ولكن حبى لله تعالى
والكجها دنى سبيله أكبر فأرجو أن تسامحينى وأن تدعو لى من ربك
بالرحمة والمغفرة
حبيبتى نجوى كما لا يخفى عنك من الأفيه من صعوبة
الكحصول على عمل وكثرة الديون مع تقدمى فى العمر

و ... على أن أوفر لكم ما تحلمون به . ولا أرضى لنفسي الذلّ
والهوان خاصة وأنا أرى المسلمين قد حلّ بهم ما حلّ بي
كما أوصى عادة وغسان وميار بطاعة أمهم والبر بها
وإقامة الصلاة وحفظ القرآن الكريم وأن لا تشتروا شيئاً بالربا
ولا تقتَرضوا ولا تقرضوا أموالكم للناس إلا أن تكون صدقة
لوجه الله تعالى وقد هي فوائدكم قبل حلول الأجل
نجوى العزيزة أو حيكى بعد موتى أن لا يتجاوز حزنكى دائماً
وأن تصبري لله فإن موعدنا الجنة إن شاء الله . وأن أمكن
أن أدفن فى مقبرة إسلامية فى أى مكان من العالم وان يكتب
على قبري قول الله تعالى: "إنّ وليّ الله الذى نزّل الكتاب وهو
يتولّى الصالحين ".
أهرأتى العزيزة أنصحك بأن تستعينى بأموال التأمين
على الحياة للعودة إلى تونس وإقامة منزل وبعث مشروع تشتغلين
فيه أنت والأولاد وأن تأتى إلى كندا أو ترسلى أحد من الأولاد لإعداد
أشهر "Declaration d'impôt" أو عبر الأنترنات حتى تتحصلين على أموال الأولاد.

"ولا تحسبنّ الذين قُتِلوا فى سبيل الله أمواتاً بل
أحياء عند ربهم يُرزقون" صدق الله العظيم
إنّ لله وإنّا إليه راجعون.

Mission
Accomplie