

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

FBI Detroit
477 Michigan Avenue
Detroit, MI 48226

File Number:

Requesting Official(s) and Office(s):     ASAC Scott C McKee (DE)

Task Number(s) and Date Completed:

Name and Office of Linguist(s):     LA Jamal Challah (DE)

Name and Office of Reviewer(s):     LA Nermine Elias-Samuel (DE)

Source Language(s):     Arabic, French

Target Language:     English

Source File Information
  Name of Document File:

          Handwritten will and testament of Amor M. Ftouhi

          VERBATIM TRANSLATION

**<u>Translator's Notes:</u>**

- The name Ftouhi is transliterated according to his official name.
- The literal translation of the word **"خرجت"** means "go out". However, the word is associated with "going out for Jihad".
- Words originally written in French are italicized.

███████████

Testament of Amor Bin al-Tayib al-Ftouhi to his Family and to the Muslims in General

In the name of God, Most Gracious, Most Merciful. Prayers and peace be upon the most noble of creation and messengers, the master of the mujahidin, Muhammad, God's blessings and peace be upon him, his clan and his righteous companions to the day of judgement.

Hereafter, this is the will of the humble servant of God, Amor Ftouhi. I am writing it to you following the example of my Prophet  and beloved Muhammad, God's blessing and peace be upon him, pleading to God that you carry out what is stated therein and what I ask of you.

Let all my family and my brothers know that I did not go out, save for God and for the victory of His religion and His rules, hoping that God grant me the eternal heaven and paradise.  This is what a Muslim is born for, to exalt the doctrine of monotheism, enrich the land and promote virtue and prevent vice.

I ask you to be pious and to follow His commands; to avoid what He forbids; perform prayers, and practice giving Alms and fasting in Ramadan.  I also ask you to be truthful in your acts and sayings, for God loves those who are truthful.

My beloved wife, Najwa: You have been a good wife to me for more than 20 years. Let God be my witness that I love you, however, I avoid displaying it. I never betrayed you with any other woman. My intentions of living together and succeeding together until death do us apart, were truthful. However, my love for God Almighty and the Jihad for His sake is greater. I hope that you will forgive me and pray for mercy and forgiveness for me in your prayers.

My beloved Najwa, you are well aware of the difficulty that I am facing in finding a job, the accumulation of debts as I am getting older, and being incapable of providing you of whatever you covet.  I will not accept for myself the humiliation and shame as I see Muslims afflicted with what I am afflicted.

1

███████████

██████

I also ask Ghadah, Ghassan and Mayar to obey their mother and be righteous to her; to perform prayers and memorize the Holy Qur'an; and not to buy anything where usury is involved. To neither be a lender nor a borrower of your money, unless it is for a charity for the sake of God, and to pay your bills before their due date.

Dear Najwa, I ask you after my death not to mourn for more than three days and to be patient in God, as our reunion is in heaven, God willing. If possible, I wish to be buried in any Muslim cemetery anywhere in the world, and to have engraved on my tombstone God's word: "For my Protector is God, Who revealed the Book, and He will choose and befriend the righteous."

My dear wife, I suggest that you use the life insurance money to return to Tunisia, build a home and start a business where you and the children can work. You can come to Canada or send one of the children to prepare the "*Tax return*" or on the Internet to get the children's money.

"Think not of those who are slain in God's way as dead. Nay, they live, finding their sustenance in the presence of their Lord." God Almighty has spoken the truth.



Mission accomplished

We belong to God and to Him we shall return.

██████