<u>US vs. AMOR M. FTOUHI /USDC CASE NO. 17-20456</u>

**AMENDED INDEX OF EXHIBITS**

**(FOLLOWS SEQUENTIALLY THE ORDER OF EXHIBITS A – E
LISTED IN DEFENDANT'S MOTION IN LIMINE)**

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| F | Government's Proposed Exhibit of a Photograph from the Walmart gun case display |
| G | FBI 302's of Defendant's statements made during his interrogation by law enforcement |

    1.  Report Dated 7-18-2017

    2.  Report Dated 6-23-2017