

EXHIBIT NO. F

CASE NO. 17-24956

DEFENDANT'S
EXHIBIT

AO386-B