DECLASSIFIED BY: NSICG  C87W44B72
ON 03-02-2017

This Redacted Version Only

FD-302 (Rev. 5-8-10)                            -1 of 1-

FEDERAL BUREAU OF INVESTIGATION



Date of entry      07/18/2017

On 06/21/2017, AMOR FTOUHI was interviewed by Special Agents (SA) Christopher Tarrant, Michael S. Wiggins and Task Force Officer (TFO) Shadi Elreda.

During the interview, FTOUHI stated the following which was previously documented in an FD-302:

After purchasing the knife at Gibraltar, FTOUHI found a nearby McDonalds to use Wifi to Skype his wife. FTOUHI stated he contacted his wife to let her know he was doing well at work. FTOUHI denied that his wife knew he had traveled to the US to conduct an attack. After contacting his wife, FTOUHI began searching for airports that had the name "international". FTOUHI found the Bishop/Flint International Airport and chose that as his attack location. FTOUHI stated he wanted to kill a USG employee at a location that would receive worldwide attention and therefore, Donald Trump would hear him. FTOUHI wanted other Muslims to see his actions and not be afraid to fight the enemies of Allah.

As a supplement to the original FD-302, this FD-302 is to document that FTOUHI conducted his search of airports with the name "international" on a GPS located in his vehicle. FTOUHI found the Bishop/International Airport on his GPS.



DEFENDANT'S
EXHIBIT

CASE
NO. 17-20456

EXHIBIT
NO. G(1)

US v. Ftouhi 000172

| Investigation on 06/21/2017 | at Flint, Michigan, United States (In Person) |
|---|---|

File #▓▓▓▓▓▓▓▓   Date drafted 07/11/2017 by Christopher Lane Tarrant, Shadi G. Elreda,

WIGGINS MICHAEL S

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Ftouhi 000173