FD-302 (Rev. 5-8-10)

FEDERAL BUREAU OF INVESTIGATION



Date of entry        06/23/2017

AMOR FTOUHI (hereafter FTOUHI), date of birth 06/26/1967, home address 3656 Rue Belair, Apartment 6, Montreal, Quebec, phone number 15146779793, was interviewed by Special Agents (SA) Christopher Tarrant, Michael S. Wiggins and Task Force Officer (TFO) Shadi Elreda at 3425 W Bristol Road, Flint, Michigan (Bishop/Flint International Airport). FTOUHI was advised of the identities of the interviewing SA's/TFO and nature of the interview.

Prior to the interview, FTOUHI stated he had no injuries and/or medical concerns or conditions that required treatment. FTOUHI denied being under the influence of any medications, alcohol or illegal drugs. FTOUHI appeared coherent and spoke English. FTOUHI stated he had to cough occasionally because he had a cold.

FTOUHI was read his Advice of Rights (attached) which he (FTOUHI) stated he understood. FTOUHI agreed to answer questions without a lawyer present (verbal acknowledgment). FTOUHI stated he didn't want a lawyer because he didn't care what happened to him.

FTOUHI was asked for consent to a search of his vehicle (Dodge Van, Qubec J70EJN), digital devices in the vehicle and those he had in his possession to include his cell phone. FTOUHI stated he had a GPS, Ipad and dashcam in his vehicle. Due to previous issues with his insurance, FTOUHI wanted a dashcam in case he was involved in an accident. FTOUHI verbally acknowledged he understood the Consent to Search (attached) and stated agents could search anything because he had nothing to hide. FTOUHI stated his cell phone and other electronics didn't have a password.

After reading his Advice of Rights, FTOUHI made several statements that his "mission" was not over, and that he would continue to kill police officers until he (FTOUHI) was killed. FTOUHI asked TFO Elreda if he was carrying a gun and stated he (FTOUHI) would kill him (Elreda) if he had the opportunity. While making the last statement, FTOUHI leaned forward and began visually looking at the waists of TFO Elreda, SA Tarrant, and SA Wiggins.  FTOUHI observed SA Wiggins' handgun in a holster on his hip and stated he would kill SA Wiggins if he had the opportunity.

AO386 B
DEFENDANT'S
EXHIBIT

CASE
NO. 17-20456

EXHIBIT
NO. G (2)

| Investigation on | 06/21/2017 | at | Flint, Michigan, United States (In Person) |

File #

Date drafted   06/21/2017

by Christopher Lane Tarrant, Shadi G. Elreda, WIGGINS MICHAEL S

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

'ontinuation of FD-302 of [REDACTED]  Interview of Amor Ftouhi - 06/21/17 _____, On  06/21/2017 , Page  2  of  7

Due to officer safety concerns and FTOUHI's statements of wanting to kill law enforcement, FTOUHI remained secured.

FTOUHI stated he was born in Tunisia, received a sociology degree and was employed as a sociology teacher. FTOUHI has been married for 20 years and has two daughters ([REDACTED]) and one son ([REDACTED]). FTOUHI has four sisters and two brothers who all reside overseas. One of FTOUHI's sisters is married to a Lebanese male and resides in Switzerland. FTOUHI wouldn't provide the names of his siblings stating he didn't want them to get in trouble for something he did. FTOUHI only maintains contact with his mother ([REDACTED] - Phonetic) who he financially supports in Tunisia. FTOUHI's father ([REDACTED] is deceased.

FTOUHI stated none of his family including himself have ever served in the Tunisian Military. FTOUHI has had basic gun safety training but stated he's never shot a gun. FTOUHI denied knowing how to build bombs and stated there were no dangerous chemicals or weapons in his apartment.

FTOUHI stated he had a Blu (make) cell phone with a phone number of 15146779793. FTOUHI's wife's cell phone number was [REDACTED]. FTOUHI had a hotmail email address but refused to provide it.

FTOUHI wasn't happy with life in Tunisia and thought Canada would offer him more opportunities to provide for his family. In 2007, FTOUHI emigrated to Canada where he lived alone for approximately two months. After two months, FTOUHI's wife ([REDACTED] - Phonetic) and children emigrated to Canada to live with him.

Since emigrating to Canada, FTOUHI has visited the United States three times (including this trip). In 2014, FTOUHI traveled to New York for three days on a bus tour with his wife and kids. FTOUHI didn't like New York because it was dirty and had a lot of homeless people. FTOUHI's second trip to the United States was for him to obtain a FastPass travel card. FTOUHI stated the purpose of his current visit to the United States was for his "mission". FTOUHI stated he was a "Soldier of Allah" and his "mission" was to kill armed United States Government (USG) employees.

FTOUHI has held several jobs in Canada to include a janitor/unarmed security guard for Mont Saint Louis school and a truck driver for Urgence Marine. FTOUHI stated while living and working in Canada, people assume he's Spanish and then discriminate against him when they find out he's Muslim. Although FTOUHI has been discriminated against in Canada, FTOUHI doesn't hate the Canadian Government. FTOUHI stated that when the Canadian Government cooperates with the USG, it's because the USG forces them to.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮▮▮     Interview of Amor Ftouhi - 06/21/17    , On   06/21/2017   , Page   3 of 7

    While working at Mont Saint Louis, FTOUHI was told he couldn't take breaks to pray. FTOUHI argued it was unfair since his boss let others take breaks to smoke cigarettes. As a truck driver, FTOUHI stated he wasn't given the same amount of delivery routes as others because he refused to transport alcohol. FTOUHI delivered bulk food to various businesses and stated he never transported hazardous chemicals.

    FTOUHI stated approximately five years ago his neighbor (FNU LNU) called the police to complain FTOUHI made threats against him (FNU LNU). FTOUHI believes the neighbor called the police on him because he was a Muslim. FTOUHI was given a court date to see a judge and was found not guilty for the threats.

    FTOUHI stated he was hopeless, alone and upset that he couldn't provide for his family. FTOUHI recently stopped receiving assistance from the Canadian government. For nine months, FTOUHI received 1500 Canadian dollars of which he used 720 for monthly rent. Due to financial problems, FTOUHI has been having marital issues and argues often with his wife. FTOUHI stated he doesn't have any friends or hobbies and sits at home all day when he's not working. FTOUHI complained his family lives in a two bedroom apartment that wasn't big enough.

    FTOUHI stated he was a devout Sunni Muslim that adheres to fasting during Ramadan and praying daily. FTOUHI believes listening to music is haram (forbidden) and teaches his children the same. FTOUHI's wife wears a hijab. FTOUHI doesn't believe niqabs and burqas are required to be worn by females. FTOUHI doesn't have a specific mosque that he routinely attends. FTOUHI prays at different mosques near his home or work and doesn't socialize with other mosque members.

    FTOUHI stays informed with world events by searching the internet and watching international news channels such as Al-Jazeera. FTOUHI has an old Facebook account and stated his friends list only contains family members. FTOUHI denied having other social media accounts. FTOUHI stated he researches various Sheikhs on the internet and YouTube. FTOUHI denied knowing who ▮▮▮▮▮▮▮▮▮ or Sheikh Anwar Al-Awlaki were. FTOUHI was shown a picture of Anwar Al-Awlaki (attached).

    FTOUHI believes in the ideology preached by Sheikh Usama Bin Laden (UBL) and Egyptian Sheikhs Abdal Hamid Kishk (Phonetic) and Wajdi Ghaniem (Phonetic) who FTOUHI described as all being anti-USG. Furthermore, FTOUHI believes the enemies of Islam are the governments of the United States, Russia, Iran, Saudi Arabia, Egypt, Israel and others that kill Muslims. FTOUHI was critical of the USG stating the USG's support for Israel has angered him since he lived in Tunisia.

FD-302a (Rev. 05-08-10)

'ontinuation of FD-302 of ▓▓▓▓ Interview of Amor Ftouhi - 06/21/17 ,On 06/21/2017 ,Page 4 of 7

While living in Tunisia, FTOUHI celebrated the 9-11 attacks in which he praised UBL for organizing. FTOUHI believes the majority of people in Tunisia celebrated the attacks. FTOUHI stated he believed in the ideology of Al-Qaida (AQ), but didn't know enough about ISIS (Daesh) to agree or disagree with them. FTOUHI believes there is a war on Muslims and agrees with UBL's statements that the USG is the problem. FTOUHI stated when AQ and UBL attack the USG, it's done for Allah (God) and nothing else. When UBL was killed, FTOUHI was upset and disagreed with the USG killing him while he was with his family.

FTOUHI stated he was currently upset that Bashar Al-Assad was still in power and blamed the USG for allowing Al-Assad to bomb innocent civilians (children). FTOUHI was also upset the USG was leading a bombing campaign in the Middle East and setting up blockades to prevent food and medicine from reaching Syria. FTOUHI believes the USG's actions are to intentionally target innocent civilians and Muslims. FTOUHI stated he didn't have a problem with Christians or Jews unless they represented an enemy government.

FTOUHI kept stating he was a "Soldier of Allah" and asked SA Tarrant and TFO Elreda to kill him. FTOUHI stated he wasn't suicidal, but he needed to die to complete his "mission". FTOUHI requested to be sent to Guantanamo Bay so that he could be with his fellow Muslim brothers. If FTOUHI couldn't be with his fellow Muslim brothers, he was hopeful that Michigan had the death penalty. FTOUHI stated the USG would waste their money by giving him food and water to keep him alive.

FTOUHI kept asking why he wasn't killed after he stabbed the police officer. FTOUHI was disappointed that he was tackled instead of being shot. FTOUHI stated the USG is so quick to shoot black people, but they didn't shoot him. When asked if his (FTOUHI) intention was to hurt or kill the police officer he attacked, FTOUHI responded with "kill". FTOUHI didn't care if the police officer was a Christian or Muslim. FTOUHI leaned forward and started to cry while stating he hoped the police officer was going to die. FTOUHI stated he had failed his "mission" by not being killed himself.

FTOUHI lost his truck driving job approximately three weeks ago and lost all hope with his life. FTOUHI decided at that point, enough was enough and it was time for him to act. FTOUHI stated that according to the Sheikhs he follows, it's not enough for Muslims to just eat, watch television and live a normal life. FTOUHI believes Muslims needed to fight the enemies of Allah. FTOUHI stated that fighting the enemies of Allah during Ramadan would increase his chances of success and likelihood he would be accepted into Heaven. FTOUHI chose to conduct his attack on the

US v. Ftouhi 001211

FD-302a (Rev. 05-08-10)

'ontinuation of FD-302 of ▮▮▮▮  Interview of Amor Ftouhi - 06/21/17  , On  06/21/2017  , Page  5 of 7

27th day of Ramadan and stated it was the "Laylat al-Qadr." (*Open Source Information: Laylat al-Qadr translates to the "Night of Decrae" or "Night of Power", which is known as the night when the first verses of the Quran were revealed to the prophet Muhammad*).

Prior to entering the United States (US), FTOUHI stated he researched the gun laws for the closest US state to Canada that would allow him to easily purchase a gun. FTOUHI chose Michigan as his destination. FTOUHI researched knives and guns on the internet and found there was an upcoming gun and knife show at the Gibraltar Trade Center in Michigan. FTOUHI collected $1500 dollars (US) for the purposes of purchasing a gun. FTOUHI has a checking and savings account in Canada at RBC Bank. FTOUHI has two credit cards, but he's out of credit on both and $27,000 in debt. FTOUHI told his family he would be gone for a few days working (truck driver).

FTOUHI stated he entered the US through Niagara Falls and drove through Ohio to Michigan. FTOUHI arrived at the Gibraltar Trade Center in Michigan on Sunday (06/18/17). FTOUHI stated he attempted to purchase a gun at Gibraltar, but vendors wouldn't sell him one because he wasn't a US Citizen. FTOUHI wasn't looking for a specific gun, just anything he could buy. After being denied a gun purchase, FTOUHI bought a $15 knife at Gibraltar. FTOUHI stated he wanted a gun to kill USG employees. When asked why he (FTOUHI) didn't use a bomb or car to conduct an attack, FTOUHI stated he didn't want to kill innocent civilians. FTOUHI believed if he killed innocent civilians by mistake, Allah would forgive him.

After purchasing the knife at Gibraltar, FTOUHI found a nearby McDonalds to use Wifi to Skype his wife. FTOUHI stated he contacted his wife to let her know he was doing well at work. FTOUHI denied that his wife knew he had traveled to the US to conduct an attack. After contacting his wife, FTOUHI began searching for airports that had the name "international". FTOUHI found the Bishop/Flint International Airport and chose that as his attack location. FTOUHI stated he wanted to kill a USG employee at a location that would receive worldwide attention and therefore, Donald Trump would hear him. FTOUHI wanted other Muslims to see his actions and not be afraid to fight the enemies of Allah.

FTOUHI stated since he had extra money left over from his failed gun purchase, he decided to find a Western Union location to send the money ($1300) to his wife. FTOUHI told his wife he sent her money he made from working.

FTOUHI stated for the next couple of days he searched for Islamic centers (mosques) where he could go to pray. One of the mosques FTOUHI visited was an old church that was converted into an Islamic center.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of    Interview of Amor Ftouhi - 06/21/17    , On   06/21/2017   , Page   6 of 7

FTOUHI stated he went inside and realized it was a Shia mosque and left. He also visited the Islamic Center approximately 10 kilometers away from the airport. FTOUHI couldn't remember the names of the other mosques he visited.

FTOUHI was concerned about being reported to the police and took steps to blend into areas he traveled. FTOUHI slept in his vehicle in different parking lots making sure he didn't spend too much time in one area. FTOUHI stated he bought food/ate at Subway, McDonalds and Hong Kong Buffet using cash. FTOUHI denied staying at a hotel room or anyone's residence in the US. FTOUHI denied knowing or making contact with anyone in the US.

FTOUHI arrived at the Bishop/Flint International Airport on Tuesday (06/20/17) and began to observe the movements of police officers. FTOUHI felt the security at the airport wasn't good and the police officers were stupid because they worked alone. FTOUHI spent the night sleeping in his vehicle at a nearby parking lot.

On Wednesday (06/21/17), FTOUHI conducted his attack. FTOUHI stated about an hour before his attack, he entered the airport with backpacks to appear as if he was traveling. FTOUHI went to the restroom and sat upstairs near a restaurant where he could observe police officers entering and exiting an office. FTOUHI stated when he observed a police officer exiting an office while standing alone, he came up behind him (police officer) and started to stab him. FTOUHI planned to kill the police officer and take his gun to kill other officers. FTOUHI stated he was tackled by another officer at which time he (FTOUHI) yelled "Allahu Akbar"! FTOUHI knew it would create fear in those around him. FTOUHI was handcuffed and taken into custody.

FTOUHI denied receiving guidance or assistance from others to conduct his attack. FTOUHI didn't attempt to recruit others to assist him because he couldn't trust anyone. FTOUHI stated if he told others of his attack, especially Muslims, they would turn him into the police for money. FTOUHI denied having any contact with individuals associated with Al Qaida, ISIS (Daesh) or any other foreign fighter groups. When asked if he (FTOUHI) would have accepted help with his attack if someone approached him, FTOUHI stated no. FTOUHI stated he had researched government surveillance techniques on the internet and knew he could possibly be monitored. FTOUHI wanted to keep the attack to himself stating nobody knew of his plans.

FTOUHI stated if he had a stable job and family life, he wouldn't have conducted the attack. FTOUHI believed his family would be disappointed with his actions because they don't understand. FTOUHI would be okay with his son if he followed in his footsteps. FTOUHI stated once he began his

FD-302a (Rev. 05-08-10)

continuation of FD-302 of ▓▓▓▓▓ Interview of Amor Ftouhi - 06/21/17 ,On 06/21/2017 ,Page 7 of 7

"mission" there was no turning back. FTOUHI has and always will have a strong hatred for the USG.

At the conclusion of the interview, a picture of FTOUHI was taken by SA Tarrant (attached).

US v. Ftouhi 001214