UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 17-cr-20456
                                                        Hon. Matthew F. Leitman
v.

AMOR M. FTOUHI,

       Defendant.
_____/

## **ORDER DIRECTING CLERK OF COURT TO UNSEAL FILINGS**

In this criminal case, the Court previously permitted the parties to file a limited number of documents under seal. The documents were motions in limine and attachments to the motions. In the motions, each party sought to exclude certain evidence from admission at trial. The Court permitted the filings under seal because the case involved substantial pretrial publicity, and the Court needed to protect the integrity of the jury pool as the Court assessed the admissibility of the evidence in question.

The trial is now complete, and the Court directs the Clerk of the Court to unseal all of the previously-sealed filings and orders in this case, except for:

    1.    ECF ##69-5, 69-6, 69-7, 69-8, 81-6, 81-7, 92-2, 92-3, 92-4, 92-5. Those documents are confidential communications between Defendant and his wife that fall within the marital communications privilege. Both parties agree, and the Court concludes, that such privileged communications should be protected from public disclosure.

1

2. ECF ## 72, 73, and 74. Those documents consist of and/or describe responses by prospective jurors on their juror questionnaires. The responses touch on a number of private, personal, and confidential matters related to the prospective jurors.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764