UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


FILED
NOV 13 2018
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMOR M. FTOUHI,

        Defendant.

Case No. 17-20456

Hon. Matthew F. Leitman
United States District Judge

Hon. Stephanie Dawkins Davis
United States Magistrate Judge

## VERDICT FORM

<u>Instructions</u>: Clearly mark the appropriate lines with a check mark. The jury foreperson should date and sign the verdict form at the bottom of the last page.

### COUNT ONE

As to Count One, which charges Amor M. Ftouhi with committing an act of violence at an international airport, we the jury, by unanimous verdict, find the defendant Amor M. Ftouhi

\_\_\_\_ not guilty.

__X__ guilty.

1

## COUNT TWO

As to Count Two, which charges Amor M. Ftouhi with interference with airport security, we the jury, by unanimous verdict, find the defendant Amor M. Ftouhi

\_\_\_\_ not guilty.

_X_ guilty.

Instructions: If the jury unanimously finds Amor M. Ftouhi guilty of Count Two, the jury must consider whether Amor M. Ftouhi used a dangerous weapon in committing the assault.

With respect to Count Two, we the jury, by unanimous verdict, find that the defendant Amor Ftouhi

\_\_\_\_ did not use a dangerous weapon.

_X_ did use a dangerous weapon.

## COUNT THREE

As to Count Three, which charges Amor M. Ftouhi with committing an act of terrorism transcending national boundaries, we the jury, by unanimous verdict, find the defendant Amor M. Ftouhi

____ not guilty.

_X_ guilty.

Date: _November 13, 2018_

**s/Jury Foreperson**

**In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**

3