## <u>US vs. AMOR M. FTOUHI /USDC CASE NO. 17-20456</u>

## INDEX OF EXHIBITS TO
## DEFENDANT'S SENTENCING MEMORANDUM

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| 1 | June 21, 2017 Statement of Amor Ftouhi from FBI 302 Report |
| 2 | Letter from Ghada Ftouhi to Amor Ftouhi |
| 3 | Letter from Ghassan Ftouhi to Amor Ftouhi |
| 4 | Picture from Mayar Ftouhi to Amor Ftouhi |
| 5 | Translation of Exhibits 2, 3 and 4 |
| 6 | Letter from Amor Ftouhi to Ghada Ftouhi |
| 7 | Translation of Exhibit 6 |