DEFENDANT'S EXHIBIT
CASE NO. 17-20456
EXHIBIT NO. 2

Salut papa chéri !

C'est ta fille Ghada ♡ Je ne sais pas comment débuter cette lettre, car je suis encore choquée par ton débat si soudain. Je n'aurai jamais pensé qu'un jour tu prendra la décision de ne plus vouloir nous voir.... Je sais que ta décision était grandement influencée par la dépression du manque d'argent. Toute ta vie tu as travailler tellement dûre pour ta famille, et tu as même fait plusieurs formations pour avoir un emploi plus payé. Tu n'as jamais abandonné ou manqué de motivation pour nous. Je te remercie du fond du coeur et j'aimerai te dire que tu as toujours été le modèle de ma vie ⸫♡⸪

J'aimerai aussi m'excuser que je ne suis pas à la hauteur. Tu as toujours voulu que me rends loin à l'université et que j'obtiens un emploi bien payé et qui rend fière toute la famille. Ne t'inquiète pas papa, je travaillerai fort et j'y ariverai à te rendre fier !

Sâche qu'on t'aime très fort et qu'on pleur encore à cause que tu n'es plus là. J'ai encore ton ancien numéro de téléphone dans mes contactes avec ta photo de toi qui sourit. Je ne vais jamais la suprimer. Aussi j'ai encore le parapluit blanc que tu apoter pour moi (celui que tu avais trouvé quand tu travaillais) lorsqu'il pleut, je me dis que ce parapluit me protège de la pluit, tout comme toi qui m'a protéger dès ma naissan

Je ne sais pas pourquoi tu as dit à l'avocate que « mes enfants
ne m'aiment pas ». Ça m'a brisé le coeur que tu ais dit ça !
Mais voyant, bien-sûr qu'on t'aime, on a pas pu l'exprimer.
On est désolé... Tout comme toi, moi aussi je ne sais pas
m'exprimer. Mais maintenant j'espère que tu le sais.

Bref, S'il te plait prend soin de ta santé et reste beau !
Oui je sais que tu es Super Handsome avec ton uniform ☺
Quand j'aurai de l'argent, je viendrai inchalah te visiter avec
Mayar. Je sais qu'elle te manque beaucoup et Mayar pense toujour
que tu va revenir à la maison avec ta voiture doré, pour qu'on
aille se promener. Il lui faut du temps pour comprendre que
ne reviendrai pas. Alors elle regarde toujours tes photos et elle
dit « waw mon papa est tellement mignon avec sa petite
barbe » hahaha ‿ Elle a raison. Notre papa c'est le plus
beau.