DEFENDANT'S
EXHIBIT

CASE
NO. 17-20456

EXHIBIT
NO. 3

Salut papa, comment ça va?

De mon côté, j'ai réussi et j'ai passer en secondaire 2.

tout le monde va bien, selement on est inquiet pour

toi. et on voudrais que tu prend soin de toi.

Je t'aime beacoup et j'apprecie tout ce que tu as fait

pour moi pendant ces années.

tu travaille très fort., Merci beacoup,

prend soin de toi bye, Ghassen