DEFENDANT'S
EXHIBIT

CASE
NO. 17-20456

EXHIBIT
NO. 4

Maman DÉCEMBRE

Je t'aime. J'ai 6 ans. Et j'ai enlevé mes dents.

Bisous

Shepherents.

Papa très fort.