DEFENDANT'S
EXHIBIT

CASE
NO. 17-20456

EXHIBIT
NO. 5

**Joan E Morgan**

From:
Sent:
To:
Subject:

Hello Joan,

Please find below the translation:

HELLO MY DARLING FATHER.;

ITS YOUR DAUGHTER GHADA  AND I DON'T KNOW HOW TO START THIS LETTER, BECAUSE
I'M STILL SHOCKED BY YOUR SUDDEN DEPARTURE.
I WOULD HAVE NEVER THOUGHT THAT ONE DAY YOU WOULD MAKE THE DECISION OF NOT
SEEING US ANY MORE.  I BELIEVE YOUR DECISION
WAS STRONGLY INFLUENCED BY YOUR DEPRESSION CAUSED BY THE LACK OF YOUR
FINANCIAL SUCCESS.

ALL YOUR LIFE YOU WORKED SO HARD FOR OUR FAMILY AND YOU TRIED SEVERAL
DIFFERENT TRAINING'S TO FIND A BETTER PAYING JOB ..
YOU NEVER GAVE UP AND WERE ALWAYS MOTIVATED. I THANK YOU FROM THE BOTTOM
OF MY HEART, YOU WERE ALWAYS THE ROLE MODEL OF MY LIFE.

I ALSO WANT TO APOLOGIZE TO YOU FOR NOT MEETING YOUR EXPECTATIONS OF
STUDYING MANY YEARS AT THE UNIVERSITY AND FINDING A WELL PAID JOB ,SO THAT THE
FAMILY COULD BE PROUD  OF ME. DON'T WORRY DAD, I WILL WORK HARDER AND MAKE
YOU PROUD OF ME.

I WANT YOU KNOW THAT WE DEEPLY LOVE YOU AND STILL CRY BECAUSE YOU ARE NOT
HERE WITH US. I STILL HAVE YOUR OLD PHONE NUMBER
IN MY CONTACTS ALONG WITH A PICTURE OF YOU SMILING. I WILL NEVER ERASE IT. I
ALSO STILL HAVE THE WHITE UMBRELLA YOU BROUGHT ME FROM WORK. WHEN ITS
RAINING , I SAY TO MYSELF THAT THIS UMBRELLA PROTECT ME FROM THE RAIN , JUST
LIKE YOU PROTECTED ME SINCE BIRTH..

I DON'T KNOW WHY YOU TOLD THE ATTORNEY THAT " MY CHILDREN DON'T LIKE ME" IT
BROKE MY HEART THAT YOU SAID THAT I OF COURSE WE LOVE YOU , UNFORTUNATELY
WE  DIDN'T SAY IT ENOUGH , BECAUSE WE ARE LIKE YOU ITS HARD TO EXPRESS OUR
FEELINGS. BY NOW I HOPE YOU KNOW WE LOVE YOU.

BRIEFLY, PLEASE TAKE CARE OF YOUR HEALTH AND STAY HANDSOME. YES I KNOW YOUR
SUPER HANDSOME IN YOUR UNIFORM. MAYAR

1

KEEPS LOOKING AT YOUR PICTURES AND SAYS" WOW MY DAD IS SO CUTE WITH HIS SMALL BEARD"  HAHA .SHE IS RIGHT. OUR DAD IS MOST HANDSOME.

MAYAR MISSES YOU A LOT AND SHE KEEPS THINKING YOU WILL COME BACK HOME WITH YOUR CAR TO TAKE HER FOR A RIDE. . SHE DOESNT UNDERSTAND THAT YOU WONT COME BACK. I WILL WORK VERY HARD TO MAKE MONEY TO TRAVEL TO MICHIGAN WITH MAYAR TO SHOW YOU HOW MUCH WE LOVE AND MISS YOU.

Hello dad, how are you?
On my side, I passed in secondary school.
Everybody is doing well, but we worry for
You and we want you to take care of yourself.
I love you a lot and I appreciate everything you did
for me all these years.
You work hard. Thank you very much.
Take care of yourself. Bye. Ghassen

Drawing:

Mayar December

I love you deeply dad.

I am 6 years old.

And I had four teeth pulled out.

Kisses

2