AO386-B
**DEFENDANT'S EXHIBIT**

CASE
NO. 17-20456

EXHIBIT
NO. 6



♥ Salut Ghada ♥

Combien j'étais heureux de recevoir ta lettre, moi qui pensais que tout le monde m'ont abandonné, est voilà que ma chère enfant pense encore à moi, pour ça, je pleurais toute la nuit, et j'ai supplié Allah qu'un jour nous serons réuni.

Aujourd'hui, dans ce monde où je ne possède ni maison ni argent, j'ai deux raisons d'être fier et content: la première; trois enfants que je les aimes énormémes et bien que je ne suis plus d'aucune utilité dans leurs vies, leur amour est encor accablant. La deuxième; les versets du Coran que j'ai mémorisé dans la prison à part ça rien n'est plus important.

Chérie, je t'aime beaucoup mais je suis trop timide-comme toi-pour le montrer, j'aurais aimé le faire autrement, mais penses tu que c'est facile avec ma chronique dépression?

Ghada tu es une femme honnête, franche et intelligente, et tu as tout les atouts pour réussir mieux que ton père, aussi bien que toi que ghassen, tu as besoin seulement de tracer votre plan et de faire preuve de beaucoup de patience et de concentratio ma chère, si ma photo est dans votre cellulaire, la tienne est dans mon cœur, ma amais elle ne sera supprimer. Sachez que ni moi ni personne (et encore moins ma araphie) te protège, seulement Allah est capable de le faire. Et sois assurée que ta distination n'a rien avoir avec la chance ou la coïncidence, mais seulement la planification d'Allah, Ni peur, ni regret ton existance et ton subsitance dépen seulement de lui, fais lui confiance et se mettre à son ordonnance, il t'épargner la souffrance et te guidera vers la délivrance.

Enfin, j'aurais aimé qu'un jour je serais present quand un musulman viendra à la maison et demandra la permission d'épouser mon chère enfant, mais sachez bien que mon cœur et toujours avec toi et que Allah y piété de toi.