

DEFENDANT'S
EXHIBIT

CASE
NO. 17-20456

EXHIBIT
NO. 7

01/29/2019

Hello Ghada,

I was happy to receive your letter, even though I thought everybody abandoned me. My dear child is still thinking about me, and I cried all night, and begged Allah, that one day we would be reunited.

Today in this world I don't even have a house or money, but I have two reasons to be proud and content. First, I have three children that I love so much, even though I am useless in their life, their love is still overwhelming. The second reason is the Koran verses that I memorized while in jail, besides that, nothing else is more important, Honey, I love you so much but I am as shy as you are to show it. I wished I showed you my love differently, but it is hard with my chronic depression to express myself. Ghada and Ghassen, you are honest, straightforward and smart persons that possess all the assets to be successful and better than your father. You only need to plan your goals and show a lot of patience and concentration. My dear Ghada, if my picture is in your cell phone, your face is in my heart forever, and will never fade away. I want you to know than neither myself, anyone else (or even less an umbrella) can protect you. Only Allah is capable of doing it. Be sure your destination has nothing to do with the odds or coincidences in your life. But instead trust in Allah and obey him. He will spare you from suffering and will guide you toward freedom.

Finally, I wish I could be present when a Muslim man would come over to ask for the permission to marry my dear child. Just know that my heart is always close to you. May Allah have pity on you.