UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Case No. 17-cr-20456
                                            Hon. Matthew F. Leitman

v.

AMOR M. FTOUHI,

    Defendant.
_____/

## ORDER GRANTING ORAL MOTION
## FOR WITHDRAWAL OF ATTORNEY

Sentencing was held in this matter on April 18, 2019, wherein counsel for Defendant, Amor M. Ftouhi made an Oral Motion to Withdraw as Counsel. For the reasons stated on the record by counsel, the defendant, and this Court, the Court will grant the motion. Therefore,

**IT IS HEREBY ORDERED** that the Oral Motion for Withdrawal of Attorney is **GRANTED** and the Federal Community Defender's Office is directed to assign an attorney from the CJA Panel to be appointed and substituted to represent Defendant.

**IT IS SO ORDERED.**

                                                      /s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: April 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2019, by electronic means and/or ordinary mail.

                                                                    s/Holly A. Monda
                                                                    Case Manager
                                                                    (810) 341-9764